IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

PREMIER OUTDOORS EL DORADO LLC                                                    PLAINTIFF

v.                                    Case No. 1:11-CV-01032

YAMAHA MOTOR CORPORATION, U.S.A.;
SKEETER PRODUCTS, INC.; and POLARIS SALES, INC.                        DEFENDANTS

## JUDGMENT

For the reasons set forth in the arbitrator's decision and award (Doc. 32-1) and the Court's order filed contemporaneously herewith confirming such award, IT IS HEREBY ORDERED AND ADJUDGED that Defendant Polaris Sales, Inc. ("Polaris") shall have and recover from Plaintiff Premier Outdoors El Dorado LLC judgment in the amount of $20,725.00 plus interest accruing at the rate of 0.16% per annum from the date of the arbitrator's award until the date the judgment is paid in full.  The judgment amount is composed of the sum of $19,000.00 for Polaris's attorney's fees and costs and $1,725.00 for reimbursement of Polaris's arbitration-related fees and expenses.

IT IS SO ORDERED this 4th day of January, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
UNITED STATES DISTRICT JUDGE