IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

Premier Outdoors El Dorado, LLC             PLAINTIFF(S)

v.             Civil No. 11-1032

Yamaha Motor Corporation USA, et al             DEFENDANT(S)

### CLERK'S ORDER OF DISMISSAL

The plaintiff herein, having filed his Notice of Dismissal pursuant to Rule 41(a), Fed.R.Civ.P.,

IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed with prejudice.

Dated: 2/20/13

AT THE DIRECTION OF THE COURT

CHRISTOPHER R. JOHNSON, CLERK

By: /s/ Carol Nesbit
            Deputy Clerk